# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KWASI DONKOR, | Case No. CV 14-0124-GW (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| KIM HOLLAND, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 27, 2014

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1